STATE *ex rel.* TOP ROCK
BOTTLING COMPANY, *A Corporation*

*v.*

HEREFORD, JUDGE, CIRCUIT COURT,
PUTNAM COUNTY, *et al.*

(No. 12090)

Submitted January 11, 1961. Decided January 31, 1961.

*Palmer & Elkins, J. Campbell Palmer, III,* for relator.

*Cletus B. Hanley,* for respondents.

BROWNING, JUDGE:

In this original proceeding in prohibition petitioner seeks to prohibit the respondent judge from proceeding further in the civil actions of Holbrook v. Top Rock Bottling Company, a Corporation, which cases were removed to the Circuit Court of Putnam County by the Judge of the Common Pleas Court of Kanawha County under the purported authority of Code, 56-9-1, as amended. That section provides for the removal of a case for good cause shown "if pending in a circuit

court, to any other circuit court, and if pending in any court of limited jurisdiction heretofore mentioned to the circuit court of that county: * * *.''

Under this statute the only court to which these cases could have been removed is the Circuit Court of Kanawha County. The writ must be awarded.

*Writit awarded.*